UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO ELIAS MAESTRE TORREGROZA,

Petitioner,

v.

WARDEN, CALIFORNIA CITY DETENTION FACILITY,

Respondent.

No.  1:26-cv-02668-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. Nos. 1, 5, 13)

Petitioner Rodolfo Elias Maestre Torregroza, A-File No. 221-288-230, is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 8, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of *habeas corpus* (Doc. No. 1) be granted and respondent's motion to dismiss (Doc. No. 5) be denied.  (Doc. No. 13.)  Specifically, the magistrate judge found that petitioner's detention violates due process.  (*Id.* at 4–9.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 9.)  On May 8, 2026, respondent filed objections to the pending findings and recommendations.  (Doc. No. 14.)

1

Respondent's objection consists of a single sentence that "Respondent objects to the recommendation that Petitioner's Petition for Writ of Habeas Corpus be granted for the same reasons advanced in Respondent's earlier filing." (*Id.* at 1.) This does not serve as a basis to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations filed on May 8, 2026 (Doc. No. 13) are ADOPTED;

2. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1), is GRANTED as follows:

   a. Respondent is ORDERED to immediately release petitioner Rodolfo Elias Maestre Torregroza, A-File No. 221-288-230, from respondent's custody;

   b. Respondent is ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a hearing before an immigration judge pursuant where respondent will have the burden of establishing that petitioner is either a flight risk or danger by clear and convincing evidence;

3. Respondent's motion to dismiss (Doc. No. 5) is DENIED;

4. The Clerk of the Court is directed to serve the California City Detention Facility with a copy of this order; and

/////
/////
/////
/////
/////
/////

2

5. The Clerk of the Court is also directed to enter judgment in favor of petitioner and to close this case.

IT IS SO ORDERED.

Dated:   **May 14, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE